**DFI v. ED (24-1563) (FOIA 22-02518-F)**

**Draft Search Summary.  For settlement purposes only per Federal Rule of Evidence 408.**

POCs assigned to respond to the request:

- Office of the Secretary (OS)
- Office of the General Counsel (OGC)
- Office of Elementary and Secondary Education (OESE)
- Office of Legislation and Congressional Affairs (OLCA)
- Office of Communications and Outreach (OCO)

OS search

- Searched the correspondence database and ran an email admin search using the following search criteria:
    - Search ran on 4/21/22
    - Timeframe for search was 1/20/21 – 4/21/22
    - Custodians:
        - AGUILERA, DORALICIA
        - BARRETT, ALEXIS
        - BOWDEN, LARRY
        - CARDONA, MIGUEL
        - CHAVEZ, CLAUDIA E.
        - CORBETT, UNA
        - DELGIUDICE, AMANDA
        - FLORES, CRISTINA
        - GALANTI, MEREDITH
        - GARIBAY, MONTSERRAT
        - HARRIS-AIKENS, DONNA M.
        - HARTGE, ANNA J.
        - JOHNSON, JORDAN
        - KIM, AILEEN
        - KIM, PHILIP
        - LOYD, AMY LIZANNE
        - MARTEN, CYNTHIA
        - MEADVIN, HAYLEY
        - MILLER, BENJAMIN L.
        - MONREAL, STACI
        - MURPHY, SARAH
        - NIX, SHEILA
        - RUSH, CHRISTOPHER
        - SARGRAD, SCOTT ERIC
        - SHAH, SHITAL
        - SIMMONS, NICHOLAS
        - SOTO, CHRISTIAN
        - TAMAYO, JOAQUIN R JR
        - WILLIAMS, BRIDGET

- WILLIAMS, SEDONA
- Terms:
    - Search 1:
        - ("Charter Schools Program" OR "Public Charter Schools" OR "Charter Schools" OR "Public Charters" OR "Charters" OR "CSP" OR "CMO applicants" OR "SE applicants" OR "SE grants" OR "SEA subgrantees" OR "Developer Grants" OR "SE subgrant applicants" OR "Title X, Part C" OR "20 USC 7221" OR "20 USC 7221b" OR "20 USC 7221b(f)(2)" OR "20 USC 7221i" OR "Proposed Application Requirement" OR "charter school community engagement" OR "grant applicant community engagement" OR "community asset requirement" OR "collaboration with traditional public school" OR "collaboration with school district" OR "charter management organizations" OR "CMO" OR "for-profit education management organizations" OR "EMO" OR "CMO conflict of interest" OR "EMO conflict of interest" OR "conflict of interest requirement" OR "substantial control" OR "community impact" OR "community impact requirement" OR "collaborative culture" OR "community-centered approach" OR "20 USC 7221b(g)(1)")
        - AND
        - ((FROM:AFT.org) OR (FROM:CSEA.com) OR (FROM:CTA.org) OR (FROM:ctulocal1.org) OR (FROM:CEA.org) OR (FROM:fairfaxea.org) OR (FROM:FCFT.org) OR (FROM:FEAWEB.org) OR (FROM:HSTA.org) OR (FROM:ieanea.org) OR (FROM:ift-aft.org) OR (FROM:marylandeducators.org) OR (FROM:massteacher.org) OR (FROM:mea.org) OR (FROM:MFPE.org) OR (FROM:NEA.org) OR (FROM:neari.org) OR (FROM:njea.org) OR (FROM:nysut.org) OR (FROM:ohea.org) OR (FROM:oft-aft.org) OR (FROM:oregoned.org) OR (FROM:psea.org) OR (FROM:seattlewea.org) OR (FROM:tsta.org) OR (FROM:uft.org) OR (FROM:utla.net) OR (FROM:veanea.org) OR (FROM:washingtonea.org) OR (FROM:weac.org))
    - Search 2:
        - ("Charter Schools Program" OR "Public Charter Schools" OR "Charter Schools" OR "Public Charters" OR "Charters" OR "CSP" OR "CMO applicants" OR "SE applicants" OR "SE grants" OR "SEA subgrantees" OR "Developer Grants" OR "SE subgrant applicants" OR "Title X, Part C" OR "20 USC 7221" OR "20 USC 7221b" OR "20 USC 7221b(f)(2)" OR "20 USC 7221i" OR "Proposed Application Requirement" OR "charter school community engagement" OR "grant applicant community engagement" OR "community asset requirement" OR "collaboration with traditional public school" OR "collaboration with school district" OR "charter management organizations" OR "CMO" OR "for-profit education management organizations" OR "EMO" OR "CMO conflict of interest" OR "EMO conflict of interest" OR "conflict of interest requirement" OR "substantial control" OR "community impact" OR "community impact requirement" OR "collaborative culture" OR "community-centered approach" OR "20 USC 7221b(g)(1)")
        - AND

- ((TO:AFT.org) OR (TO:CSEA.com) OR (TO:CTA.org) OR (TO:ctulocal1.org) OR (TO:CEA.org) OR (TO:fairfaxea.org) OR (TO:FCFT.org) OR (TO:FEAWEB.org) OR (TO:HSTA.org) OR (TO:ieanea.org) OR (TO:ift-aft.org) OR (TO:marylandeducators.org) OR (TO:massteacher.org) OR (TO:mea.org) OR (TO:MFPE.org) OR (TO:NEA.org) OR (TO:neari.org) OR (TO:njea.org) OR (TO:nysut.org) OR (TO:ohea.org) OR (TO:oft-aft.org) OR (TO:oregoned.org) OR (TO:psea.org) OR (TO:seattlewea.org) OR (TO:tsta.org) OR (TO:uft.org) OR (TO:utla.net) OR (TO:veanea.org) OR (TO:washingtonea.org) OR (TO:weac.org))

OGC, OESE, OLCA, OS

- Ran an admin search (searches Microsoft 365 applications) using the following search criteria:
    - Search ran on 7/31/24
    - Timeframe for search was 1/20/21 – 4/21/22
    - Custodians:
        - OGC:
            - Emma Leheny; Gregory Schmidt; Philip Rosenfelt; Kathryn Ellis; Dennis Koeppel; Tracey Sasser; Hilary Malawer; Paul Riddle; Lynn Mahaffie; Marcella Goodridge; Joanna Darcus; William Desmond; Gypsy Moore; Patrick McCarthy; Toby Merill; Jessa Mirtle; Lisa Brown; John Bailey
        - OESE:
            - Ian Rosenblum; Mark Washington; Ruth Ryder; Doreen Dennis; Christian Rhodes; Levi Bohanan; Andrew Brake; Michael Thomas; Miriam Calderon; Keigo O'Haru; Abel McDaniels; Sophie Maher; Laura Jimenez; Britt Jung; Brenda Calderon; Darienne Merchant-Feres; Diane Rentner; Remidene Aboko-Cole Diakite; Kristin Shields; Iztali Ortiz; Jennifer Timmons; Matthias Tillmann; Artrice Hardin; Mary Street; Nikki Palmore; Anna Hinton
        - OCO:
            - Benjamin Halle; Daniel Miller; Chauncey Alexander; Benjamin Cobley; Vanessa Harmoush; Kelly Leon; Aaliyah Samuel; Rachel Thomas; Alexander Prowda; Serena Walker; Kevin Lima; Donametria Stallings; Tiffany Taber; Deven Comen; Precious McKesson; Fabiola Rodriguez; Luke Jackson; Branden Cobb; Lynda Lopez; Ashley Mushnick; Megan Romero
        - OLCA:
            - Alexander Payne; Blanchi Roblero; Rachel Niebling; Benjamin Martel; Marco Sanchez; Kalila Winters; Jacob Blaut; Stephen Cekuta; Gwendolyn Graham; Lakeisha Steele
    - Terms:
        - Search 1
            - ((FROM:AFT.org) OR (FROM:CSEA.com) OR (FROM:CTA.org) OR (FROM:ctulocal1.org) OR (FROM:CEA.org) OR (FROM:fairfaxea.org) OR (FROM:FCFT.org) OR (FROM:FEAWEB.org) OR (FROM:HSTA.org) OR (FROM:ieanea.org) OR (FROM:ift-aft.org) OR (FROM:marylandeducators.org) OR (FROM:massteacher.org) OR

- (FROM:mea.org) OR (FROM:MFPE.org) OR (FROM:NEA.org) OR (FROM:neari.org) OR (FROM:njea.org) OR (FROM:nysut.org) OR (FROM:ohea.org) OR (FROM:oft-aft.org) OR (FROM:oregoned.org) OR (FROM:psea.org) OR (FROM:seattlewea.org) OR (FROM:tsta.org) OR (FROM:uft.org) OR (FROM:utla.net) OR (FROM:veanea.org) OR (FROM:washingtonea.org) OR (FROM:weac.org))
- AND
- ("Charter Schools Program" OR "Public Charter Schools" OR "Charter Schools" OR "Public Charters" OR "Charters" OR "CSP" OR "CMO applicants" OR "SE applicants" OR "SE grants" OR "SEA subgrantees" OR "Developer Grants" OR "SE subgrant applicants" OR "Title X, Part C" OR "20 USC 7221" OR "20 USC 7221b" OR "20 USC 7221b(f)(2)" OR "20 USC 7221i" OR "Proposed Application Requirement" OR "charter school community engagement" OR "grant applicant community engagement" OR "Proposed Priority 1" OR "community asset requirement" OR "collaboration with traditional public school" OR "collaboration with school district" OR "charter management organizations" OR "CMO" OR "for-profit education management organizations" OR "EMO" OR "CMO conflict of interest" OR "EMO conflict of interest" OR "conflict of interest requirement" OR "substantial control" OR "community impact" OR "community impact requirement" OR "Proposed Priority 2" OR "collaborative culture" OR "Proposed Requirement 6" OR "selection criteria" OR "community-centered approach" OR "additional criteria" OR "statutory criteria" OR "20 USC 7221b(g)(1)")
  - Search 2
    - ((TO:AFT.org) OR (TO:CSEA.com) OR (TO:CTA.org) OR (TO:ctulocal1.org) OR (TO:CEA.org) OR (TO:fairfaxea.org) OR (TO:FCFT.org) OR (TO:FEAWEB.org) OR (TO:HSTA.org) OR (TO:ieanea.org) OR (TO:ift-aft.org) OR (TO:marylandeducators.org) OR (TO:massteacher.org) OR (TO:mea.org) OR (TO:MFPE.org) OR (TO:NEA.org) OR (TO:neari.org) OR (TO:njea.org) OR (TO:nysut.org) OR (TO:ohea.org) OR (TO:oft-aft.org) OR (TO:oregoned.org) OR (TO:psea.org) OR (TO:seattlewea.org) OR (TO:tsta.org) OR (TO:uft.org) OR (TO:utla.net) OR (TO:veanea.org) OR (TO:washintonnea.org) OR (TO:weac.org))
    - AND
    - ("Charter Schools Program" OR "Public Charter Schools" OR "Charter Schools" OR "Public Charters" OR "Charters" OR "CSP" OR "CMO applicants" OR "SE applicants" OR "SE grants" OR "SEA subgrantees" OR "Developer Grants" OR "SE subgrant applicants" OR "Title X, Part C" OR "20 USC 7221" OR "20 USC 7221b" OR "20 USC 7221b(f)(2)" OR "20 USC 7221i" OR "Proposed Application Requirement" OR "charter school community engagement" OR "grant applicant community engagement" OR "Proposed Priority 1" OR "community asset requirement" OR "collaboration with traditional public school" OR

"collaboration with school district" OR "charter management organizations" OR "CMO" OR "for-profit education management organizations" OR "EMO" OR "CMO conflict of interest" OR "EMO conflict of interest" OR "conflict of interest requirement" OR "substantial control" OR "community impact" OR "community impact requirement" OR "Proposed Priority 2" OR "collaborative culture" OR "Proposed Requirement 6" OR "selection criteria" OR "community-centered approach" OR "additional criteria" OR "statutory criteria" OR "20 USC 7221b(g)(1)")