**Draft Vaughn Index – Defense of Freedom Institute for Policy Studies v. Department of Education (23-cv-1563). For settlement purposes only per Federal Rule of Evidence 408.**

Production: September 30, 2024

| Page number(s) | Date of document (if applicable) | Portion withheld | FOIA Exemption(s) asserted | Description of FOIA Exemption(s) asserted |
|---|---|---|---|---|
| 132 | April 9, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 185 | April 9, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 217 - 226 | Not applicable | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains individuals' personal email addresses. |
| 247 | April 21, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 312 | April 21, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 316 | June 14, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 325 | July 14, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 420 | July 22, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 441 | July 30, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains a White House official's email address. |
| 449 | August 27, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 450 | August 26, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains the conference call number and ID to attend a private meeting. |
| 455 | August 31, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 485 | August 31, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |

| 486 | September 27, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
|---|---|---|---|---|
| 507 | September 27, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 508 | October 6, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 509 | October 6, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 617 | October 21, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 642 | November 10, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 644 | November 19, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 670 | December 16, 2021 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 679 | February 28, 2022 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 686 | Not applicable | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains individuals' personal cell phone numbers. |
| 687 | March 10, 2022 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 688 | March 10, 2022 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |
| 690 | March 11, 2022 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's wet signature. |
| 692 | March 11, 2022 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's wet signature. |
| 693 | March 21, 2022 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's wet signature. |

| 698 | Not applicable | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains individuals' personal cell phone numbers. |
| 699 | March 22, 2022 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains White House officials' email addresses. |
| 703 | April 12, 2022 | In Part | (b)(6) | **Unwarranted invasion of personal privacy:** The record contains an individual's personal cell phone number. |