UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENSE OF FREEDOM INSTITUTE FOR POLICY STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 24-1563 (TJK) |

## JOINT STATUS REPORT

Plaintiff, the Defense of Freedom Institute for Policy Studies ("Plaintiff" or "DFI"), and Defendant, the United States Department of Education ("Defendant"), by and through undersigned counsel, hereby submit this joint status report in this Freedom of Information Act ("FOIA") case pursuant to the Minute Order of the Court dated May 6, 2025.

Plaintiff submitted a FOIA request to Defendant U.S. Department of Education ("the Department") on April 18, 2022, seeking particular records of the Department's Communications with Teachers Unions regarding the Charter Schools Program proposed rulemaking. (FOIA request number 22-02518-F. ECF No. 1 at 5. Plaintiff filed the complaint on May 28, 2024 (ECF No. 1). Defendant answered on July 8, 2024 (ECF No. 10). Plaintiff's FOIA request seeks records related to the Defendant's proposed changes to its Charter Schools Program policies.

The Defendant issued its final response to the FOIA request on September 30, 2024. 709 pages were released with information withheld pursuant to FOIA Exemption (b)(6). On January 17, 2025, Defendant provided to Plaintiff a search summary, which details the scope of the search performed, and a draft *Vaughn* index for review.

Plaintiff still argues that Defendant has failed to produce many types of requested records including texts, LinkedIn Messages, messages sent via X (previously known as Twitter) and other types of messages which are subject to FOIA requests, but have yet to be produced.

Plaintiff submitted to Defendant a list of questions concerning Defendant's production and the exemptions applied.  Defendant submitted written responses to Plaintiff's questions on May 16, 2025.  The parties will discuss any remaining issues after Plaintiff has had a chance to review Defendant's response prior to seeking intervention by the Court.

The parties propose that they file their next Joint Status Report on or before August 4, 2025, to apprise the Court of any outstanding issues and set forth a briefing schedule for dispositive motions at that time.

Dated: June 2, 2025
     Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:  _____*/s/ Thomas W. Duffey*_____
    THOMAS W. DUFFEY
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2510

*Attorneys for the United States of America*


    ___*/s/ Martha A. Astor*_____
    MARTHA A. ASTOR
    D.C. Bar # 900002288
    DONALD A. DAUGHERTY, JR.
    D.C. Bar #900000663
    Defense of Freedom Institute
    1455 Pennsylvania Avenue, NW

Suite 400
Washington, DC 20004
321-390-2707
Martha.Astor@dfipolicy.org
Don.Daugherty@dfipolicy.org


*Attorneys for Plaintiff*