UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEFENSE OF FREEDOM INSTITUTE FOR POLICY STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 24-1563 (TJK) |

## JOINT STATUS REPORT

Plaintiff, the Defense of Freedom Institute for Policy Studies ("Plaintiff" or "DFI"), and Defendant, the United States Department of Education ("Defendant"), by and through undersigned counsel, hereby submit this joint status report in this Freedom of Information Act ("FOIA") case pursuant to the Minute Order of the Court dated June 15, 2025.

Plaintiff submitted a FOIA request to Defendant U.S. Department of Education ("the Department") on April 18, 2022, seeking particular records of the Department's Communications with Teachers Unions regarding the Charter Schools Program proposed rulemaking. (FOIA request number 22-02518-F. ECF No. 1 at 5. Plaintiff filed the complaint on May 28, 2024 (ECF No. 1). Defendant answered on July 8, 2024 (ECF No. 10). Plaintiff's FOIA request seeks records related to the Defendant's proposed changes to its Charter Schools Program policies.

The Defendant issued its final response to the FOIA request on September 30, 2024. 709 pages were released with information withheld pursuant to FOIA Exemption (b)(6). On January 17, 2025, Defendant provided to Plaintiff a search summary, which details the scope of the search performed, and a draft *Vaughn* index for review.

Plaintiff still argues that Defendant has failed to produce many types of requested records including texts, LinkedIn Messages, messages sent via X (previously known as Twitter) and other types of messages which are subject to FOIA requests but have yet to be produced.

Plaintiff submitted to Defendant a list of questions concerning Defendant's production and the exemptions applied. Defendant submitted written responses to Plaintiff's questions on May 16, 2025.

Although the parties anticipate that they may continue to discuss a resolution, they have also decided to propose the following briefing schedule.

Defendant's dispositive motion is due no later than October 6, 2025; Plaintiff's cross-motion for summary judgment, and its memorandum in support of Plaintiff's cross motion for summary judgment/in opposition to Defendant's motion for summary judgment is due no later than November 3, 2025; Defendant's reply is due no later than December 15, 2025; and Plaintiff's reply is due no later than January 26, 2026.

WHEREFORE, the parties respectfully request that the Court adopt their proposal for briefing and enter a Minute Order accordingly.

Dated: August 15, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*

            ___*/s/ Martha A. Astor*___
            MARTHA A. ASTOR
            D.C. Bar # 900002288
            DONALD A. DAUGHERTY, JR.
            D.C. Bar #900000663
            Defense of Freedom Institute
            1455 Pennsylvania Avenue, NW
            Suite 400
            Washington, DC 20004
            321-390-2707
            Martha.Astor@dfipolicy.org
            Don.Daugherty@dfipolicy.org

            *Attorneys for Plaintiff*