UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENSE OF FREEDOM INSTITUTE FOR
POLICY STUDIES, INC.,

Plaintiff,

v.

U.S. DEPARTMENT OF
EDUCATION,

Defendant.

Civil Action No. 24-1563 (TJK)

**MOTION FOR EXTENSION OF THE DISPOSITIVE MOTION BRIEFING SCHEDULE**

By and through undersigned counsel, Defendant, U.S. Department of Education, respectfully moves to extend the dispositive motion briefing schedule, requesting that Defendant's motion be due on January 28, 2026. Defendant's dispositive motion, originally due on October 6, 2025 pursuant to the Minute Order of this Court dated August 18, 2025, is presently due on November 28, 2025 due to the government shutdown and pursuant to Chief Judge Boasberg's Standing Orders as discussed below.

Pursuant to Local Civil Rule 7(m), undersigned counsel sent an email to Plaintiff's counsel at 11:17 a.m. on November 26, 2025, requesting his assent or position on the motion. As of the filing of this motion, a response has not yet been received. Due to the impending due date and undersigned counsel being out of state as discussed below, the motion is being filed at this time.

Good grounds exist for the granting of this motion pursuant to Federal Rule of Civil Procedure 6(b).

Federal appropriations funding the Department of Justice lapsed at the end of the day on September 30, 2025, and were not restored until late in the evening of November 12, 2025. As a result, undersigned counsel and agency personnel were not permitted to work during that shutdown

- 1 -

period, and Chief Judge Boasberg entered a Standing Order, No. 25-55, staying routine deadlines imposed on the United States and its federal agencies in litigation pending in this court for the duration of the lapse in appropriations. Chief Judge Boasberg then entered a second Standing Order, No. 25-59, on November 13, 2025, when appropriations were restored ordering that deadlines were to be extended 53 days for filings due from October 1, 2025, through November 12, 2025. Per that Standing Order, that would extend Defendant's dispositive motion due date to November 28, 2025.

As of November 12, 2025, undersigned counsel was in Massachusetts attending to an ill relative. That relative recently passed away and undersigned counsel was in Massachusetts and attended a funeral on November 25, 2025, two days before Thanksgiving. Counsel will not be returning to Washington, D.C. and full-time work until December 1, 2025.

Due to matters and deadlines in other pending cases (which were also stayed during the lapse in appropriations and many of which have upcoming deadlines that were adjusted by the Chief Judge's standing orders), undersigned counsel requests additional time to file Defendant's dispositive motion. The shutdown and resulting restoration of appropriations has resulted in clogged filing deadlines for the attorneys in this office. For example, undersigned counsel presently has numerous filings due this date and sixteen (16) filings due on December 1, 2025. Further, counsel will be discussing a remaining issue which may impact the filing of a dispositive motion

Accordingly, Defendant requests an extension of time until January 28, 2026, within which to file a dispositive motion, and an extension of related filing deadlines. Defendant proposes this extension in good faith and not for the purpose of delay, but due to the unprecedented lengthy government shutdown and the above personal matter.

This is the first request for an extension of the dispositive motion briefing schedule.

Undersigned counsel realizes that this Court requires motions to extend to be filed four days before the due date, and that this motion does not comply with that directive. Counsel apologizes to

the Court for the untimely submission but due to the shutdown and the above personal matter, the

motion could not be filed earlier.

A proposed order is enclosed herewith.

Dated: November 28, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____/s/ *Thomas W. Duffey*_____
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFENSE OF FREEDOM INSTITUTE FOR
POLICY STUDIES, INC.,

    Plaintiff,

    v.

U.S. DEPARTMENT OF
EDUCATION,

    Defendant.

Civil Action No. 24-1563 (TJK)

**[PROPOSED]  ORDER**

UPON CONSIDERATION of Defendant's motion for an extension of the dispositive

motion briefing schedule, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall file its dispositive motion on or before January

28, 2026; Plaintiff shall file its opposition and cross-motion, if any, by February

26, 2026;  Defendant shall file its combined reply in support of its motion and

opposition to Plaintiff's cross-motion by March 29, 2026; and Plaintiff shall file

its reply in support of its cross-motion by April 25, 2026.

SO ORDERED:

_____
Dated

_____
TIMOTHY J. KELLY
United States District Judge